UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-24-48-GF-BMM |
| Plaintiff, vs. | ORDER |
| KEVIN JAMES TROMBLEY, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk of Court provide meals for the jurors during their deliberations in the above-entitled case.

DATED this 23rd day of March, 2026.

Brian Morris, Chief District Judge
United States District Courts