IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-48-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| KEVIN JAMES TROBMLEY, | |
| Defendant. | |

IT IS ORDERED that the following firearm, which have been admitted as exhibit, shall be retained in the custody of the case agent during evening recesses, and shall be returned to the custody of the courtroom deputy prior to the beginning of proceedings each morning until the conclusion of the trial or hearing in this matter:

| Exhibit Number | Description |
|---|---|
| 12 | Smith and Wesson pistol |
| | |
| | |

At the conclusion of the trial or hearing, the courtroom deputy shall return the exhibits to the case agent.

Dated this 24th day of March, 2026

Brian Morris, Chief District Judge
United States District Courts