# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 24-48-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **KEVIN JAMES TROMBLEY,** | |
| **Defendant.** | |

Before the Court is a motion from the United States of America for an order allowing the victim and potentially his family members to appear remotely at the sentencing hearing. The defendant has no objection.

Accordingly, **IT IS ORDERED** that the victim and his family members are permitted to appear remotely during the sentencing hearing scheduled for April 23, 2026.  The government will contact the Clerk of Court's Office for the ZOOM link.

DATED this 22nd day of April 2026.

Brian Morris, Chief District Judge
United States District Courts

1